# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOHNATHAN BERANEK, et al.** | CASE NO. 22-CV-00083-PAB |
| Plaintiffs, | JUDGE PAMELA A. BARKER |
| -vs- | |
| **LEISURETIME WAREHOUSE, et al.** | **PROPOSED ORDER** |
| Defendants. | |

This matter is before the Court on the parties' Motion for Final Approval of Settlement, Attorney Fees and Litigation Costs, and Administrative Costs. The Court hereby finds as follows:

1. On April 20, 2023, this Court granted the Parties' joint motion for preliminary approval of Collective Action Settlement.

2. In that order, this Court found that:1) the proposed Settlement Agreement was fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq; 2) the proposed Settlement Agreement was reached by experienced wage and hour counsel during arm's length, good faith negotiations with help from a mediator; 3) the proposed Settlement Agreement will resolve bona fide disputes involving overtime compensation claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, et seq. and Ohio Rev. Code §§ 4111, et seq.

3. This Court additionally approved the proposed Notice and Consent forms to join the Class Collective, subject to limited changes. The Parties made these requested changes to the Notices.

4. As required under the Settlement Agreement, Defendants timely provided the Settlement Administrator (Plaintiffs' Counsel) with an electronic spreadsheet containing the names, most current addresses, telephone numbers, email addresses, and social security numbers of each Settlement Collective Member.

5. And as required, the Administrator delivered the Court-approved Notice and Consent to Join forms by First Class U.S. Mail with an enclosed, postage-paid return envelope to each FLSA Collective Member. The Administrator also performed a skip-trace to obtain new address information on Notices returned as undeliverable.

6. In total, the Administrator received 15 signed Consent to Join forms. Copies of the redacted Consent to Join forms was filed separately, as requested by this Court. The joined Collective Members will receive 91.9% of unpaid wages for overtime hours worked from January 1, 2019 to January 1, 2022.

7. The Parties' Settlement Agreement is approved; it is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act (29 U.S.C. §§ 201, et seq.). The proposed Settlement was reached by experienced wage and hour counsel during arm's length, good faith negotiations with help from a mediator. The Settlement resolves the bona fide disputes involving overtime compensation claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, et seq. and Ohio Rev. Code §§ 4111, *et seq*.

8. This Court approves the service awards to Plaintiffs ($2,000.00 to Plaintiff Johnathan Beranek and $1,000.00 to Plaintiff Robert Beranek, Jr.) for their efforts in bringing and prosecuting this matter.

9. This Court approves Plaintiffs' request for attorney fees, litigation costs, and administrator costs which includes:  1) $20,000 in attorney fees; 2) $780.14 in litigation costs; and 3) $1,490.52 in Administrator Costs and Fees

10. This Court orders that Defendants shall pay the Gross Settlement within five (5) business days after this Order is entered, as required under the Settlement Agreement.

11. This matter is hereby dismissed with prejudice. This Court retains jurisdiction to enforce the settlement agreement, if needed.

IT IS SO ORDERED.

                                                                            s/Pamela A. Barker  
                                                                            Honorable Pamela A. Barker  
                                                                            U.S. District Judge

_____  
Date